UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARLOS M. MOORE, | ) | 3:15-cv-00410-MMD-VPC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 10, 2017 |
| SGT. LEWIS, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' motion for leave to file confidential documents under seal (ECF No. 21). A copy of these sealed exhibits were provided to plaintiff. No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore, **IT IS ORDERED** that defendants' motion for leave to file confidential documents under seal (ECF No. 21) is **GRANTED**. The exhibit (ECF No. 23) is filed and shall remain under seal.

Also before the court is plaintiff's motion for copies (ECF No. 32), and defendants' opposition (ECF No. 34). It appears plaintiff is seeking copies of exhibits filed with his stricken opposition to motion for summary judgment (*See* ECF No. 27).

It is not the court's obligation to provide litigants, even indigent ones, with copy services. The clerk shall not provide copies. Plaintiff's request (ECF No. 32) is **DENIED**. Plaintiff may submit a copy request form to the clerk of court stating the specific documents he would like copied together with the appropriate fee. The clerk shall **SEND** a copy request form to plaintiff for his use.

**IT IS SO ORDERED.**

DEBRA KEMPI, CLERK

BY:      /s/
Deputy Clerk