# UNITED STATES DISTRICT COURT

****          DISTRICT OF  NEVADA

MARLOS M. MOORE,

    Plaintiff,

v.

SGT. LEWIS, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:15-cv-00410-MMD-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (ECF No. 22, 23) is granted.

May 5, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk